FILED

2008 Dec-04  PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **TIMOTHY AND PAMELA WILLIAMS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 4:08-CV-1639-VEH** |
| **v.** | ) | |
| | ) | |
| **CITIFINANCIAL AUTO CREDIT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

The court having received the Joint Stipulation of Dismissal, doc. #29, in this case, it is hereby **ORDERED ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this the 4th day of December, 2008.

**VIRGINIA EMERSON HOPKINS**
United States District Judge